# EXHIBIT P-1



6 Scotch Pine Drive
Humboldt Industrial Park
Hazle Township, PA 18201
Phone: 570-384-3271

December 18, 2020

Matthew Lichvar
64 Petrishin Road
P.O. Box 54
Huntington Mills, PA  18622

Dear Matthew:

This letter is to confirm that your employment with The Hershey Company is terminated effective December 11, 2020.

You will receive important information under separate cover regarding continuation of health care insurance and other benefits to which you may be entitled.  Please direct any questions related to your benefits to the HR Support Center at 1-800-878-0440.

Your final paycheck will be processed in the normal pay cycle.  If you do not have direct deposit, your check will be mailed to the address on file.  Any earned vacation time to which you are entitled will be paid in your final paycheck.

You are required to immediately return all Company property in your possession (including, but not limited to, ID badge, uniforms, jackets, tools, and keys).  You should contact me at 570-384-7212 to make arrangements.  Any personal belongings you have at the plant will be collected and available for pick up at that time.

It is important to keep your address updated with The Hershey Company to ensure you receive important information, such as benefit statements and information, 401k/Pension info (if applicable) and your W2 statement.  You can contact askHR@hersheys.com to update your address.

Please contact me if you have any questions.

Sincerely,

*Carmella E. Lonczynski*

Carmella E. Lonczynski
Sr. Human Resources Representative
Hershey Hazleton Plant

Via USPS

cc:  C. Paninski