IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MATTHEW V. LICHVAR,**　**Plaintiff** | : No. 3:22cv1018 :  : (Judge Munley) |
| v. | : : |
| **THE HERSHEY COMPANY,**　**Defendant** | : : |

## ORDER FOR DISMISSAL

Upon consideration of the parties' stipulation of dismissal with prejudice pursuant to FED. R. CIV. P. 41, (Doc. 24), it is hereby ordered that this case is dismissed without costs. The parties have thirty (30) days in which to consummate the settlement.

Date: 11/16/23

BY THE COURT:

JUDGE JULIA K. MUNLEY
United States District Court